**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case 19 CV 5872 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 19 CV 5872 shall be vacated and that case number 19 CV 5872 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 28th day of August, 2019.